# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Stephen Jones                          Docket No. 5:13-CR-326-1H

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stephen Jones, who, upon an earlier guilty verdict to Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced in the Western District of North Carolina by the Honorable Richard L. Voorhees, Chief U.S. District Judge, on January 30, 1995, to the custody of the Bureau of Prisons for a term of 330 months. On June 21, 2012, upon a motion of the defendant under 18 U.S.C. § 3582(c)(2), the sentence was reduced from 330 months to time served + 10 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court.

Stephen Jones was released from custody on June 29, 2012, at which time the term of supervised release commenced. He was released to the Eastern District of New York, and supervision was transferred to the Eastern District of North Carolina on August 23, 2013. On October 9, 2013, a Violation Report was submitted to the Western District of North Carolina, advising that on October 2, 2013, Jones was charged in Wayne County, North Carolina, with Felony Breaking and Entering, Larceny After Breaking and Entering, and Possession of Stolen Goods (13CR54718). Jones denied guilt, and the probation officer recommended to continue supervision until adjudication. On December 13, 2013, jurisdiction was transferred from the Western District of North Carolina, to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 13, 2014, the defendant pled guilty in Wayne County District Court, Goldsboro, North Carolina, to Misdemeanor Attempted Receiving Stolen Goods (13CR54718). He received a 30 day suspended sentence, placed on supervised probation for a period of 12 months, and ordered to pay $180 court costs and a $200 fine. Upon payment of the total amount due, the state probation officer may transfer the defendant to unsupervised probation. Jones paid these monies on January 14, 2014. As a sanction for this conduct, we are recommending that he perform 40 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 40 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Stephen Jones
Docket No. 5:13-CR-326-1H
Petition For Action
Page 2


Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
301 South Evans St., Room 214
Greenville, North Carolina 27858
Phone: 252-830-2338
Executed On: January 24, 2014

## ORDER OF COURT

Considered and ordered this 30th day of January, 2014, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge